UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ALEXANDER CONDOMINIUM,

                Plaintiff,

-v.-

ADMIRAL INDEMNITY COMPANY,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2023

22 Civ. 8854 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on May 30, 2023 at 10:30 a.m., to address their joint letter motion for an extension of time to complete discovery, ECF No. 17. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 801 503 634#.

    SO ORDERED.

Dated: May 10, 2023
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge